IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 1:19-cr-463-ECM |
| | ) | (WO) |
| DERYKE MATTHEW PFEIFER | ) | |

**O R D E R**

On July 9, 2021, the Eleventh Circuit Court of Appeals forwarded to this Court multiple documents submitted *pro se* by the Defendant. Because the Defendant is represented by counsel and a guardian ad litem, on June 4, 2020, the Court entered an order informing the Defendant that it does not accept *pro se* pleadings filed by a defendant represented by counsel. The Court further ordered the Clerk of the Court to "[n]ot accept for filing in this case any *pro se* pleadings or documents," and ordered the Clerk to send any documents to the Defendant's counsel and to counsel appointed as Guardian ad litem. (Doc. 39). Accordingly, in light of the Court's prior order, it is

ORDERED that the Clerk of the Court attach a copy of the *pro se* documents received from the Eleventh Circuit Court of Appeals to this order and forward a copy of the documents to the Defendant's counsel and to counsel appointed as Guardian ad litem.

Done this the 21st day of July, 2021.

/s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE