# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 9, 2021

Deryke M. Pfeifer, Sr.
15408-002
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

**This notice is to acknowledge receipt of your document(s) on _____July 6, 2021_____.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ You requested a specific form. The Court does not offer a form related to your request. No action will be taken on your document(s).

☐ Your request for an extension of time to file a notice of appeal will be submitted to the district court. No action will be taken in this Court on your document(s).

☐ Except as noted above, this Court does not act on requests for an extension of time submitted without an existing case or appeal. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☒ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal <u>with the district court</u> within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be sent to the district court.

☐ The Clerk's Office is unable to discern whether your document(s) may be or may serve as a notice of appeal. Out of an abundance of caution, your document(s) will be sent to the district court under FRAP 4(d) to be processed as the district court deems appropriate. No action will be taken in this Court on your document(s).

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☒ Other:

Your "Motion of Appeal" is being forwarded to the U.S. District Court (MAL-Dothan) for filing in case no. 1:19-cr-00463-ECM-SRW-1, U.S. v. Pfeifer.

Rev. 4/21   EKG

1/2

TRULINCS 15408002 - PFEIFER, DERYKE - Unit: BUH-G-B
---

FROM: 15408002
TO: Hicks, Kookie; Jordan, Princess; Jordan, Wanda; Pfeifer, Deryke; Pfeifer, Deryke; Pfeifer, Shelia; Silas, Felisha; Stone, Alvin
SUBJECT: MOTION OF APPEAL COURT ORDER OF 6-21-2021
DATE: 06/25/2021 12:00:17 PM

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK JUL 06 2021 ATLANTA, GA]*

*[Handwritten: ELEVENTH CIRCUIT APPEALS COURT FOR THE MIDDLE DISTRICT]*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
ALL DIVISIONS

MR. DERYKE M. PFEIFER SR.
DEFENDANT

V.

UNITED STATES                                                    CASE # 1:19-CR-463-ECM-SRW

MOTION OF APPEAL OF COURT ORDER OF 6-21-2021 IN CASE # 1:19-CR-463-ECM-SRW
ORDER FILED UNDER SEAL FROM DEFENDANT MR. DERYKE M. PFEIFER SR.

COMES NOW MR. DERYKE M. PFEIFER SR. PRO SE OF SOUND MIND AND BODY NOT BEING APPOINTED ANY LEGAL COUNSEL IN THIS FALSE MALICIOUS PROSECUTION AIDED BY THE FEDERAL COURT TO COVER-UP THE WRONGS DONE
BY FEDERAL CHIEF JUDGE EMILY C. MARKS AND OTHERS OF THE JUDICIAL SYSTEM WHOM I HAVE FILED A CIVIL SUIT
AGAINST YET BEING ABLE TO CONDUCT THIS CASE . CIVIL SUIT 1983 PRISONERS RIGHTS VIOLATION AND MAL-PRACTICE
BY DR. DUBOIS OF BUTNER MEDICAL FACILITY WHERE THE DOCTORS AIDE THE COURTS IN FALSE PROSECUTIONS..
CIVIL CASE # 1:20-CV-764-WKW-KFP FILED 10-13-2020 AND NOTHING HAS BEEN DONE THE COURT AIDING IN THIS FALSE
MALICIOUS PROSECUTION.
IT IS CLEAR TO SEE THAT I MR. DERYKE M. PFEIFER SR. IS HIGHLY COMPETENT TO UNDERSTAND THE PROCEDURES OF THE
COURT AND THE NATURE OF ALLEGATIONS ALLEGED AGAINST ME. YET BEING I WILL NOT AIDE THE FALSE APPOINTED
ATTORNEYS WHO HAVEN'T FILED NOT ONE MOTION IN MY DEFENSE IN THIS FALSE PROSECUTION I AM NOW DEEMED TO
BE INCOMPETENT BY THIS JUDGE EMILY C. MARKS TO SEEK SILENCING ME BY CIVIL COMMITMENT TO COVER HER AND
OTHERS OF THE STATE OF ALABAMA IN THE ALLEGATIONS OF KIDNAPPING AND CHILD TRAFFICKING .
I APPEAL THIS MATTER TO THE ELEVENTH CIRCUIT APPEAL COURT WHO HAS ALREADY DECLARED IN SEPTEMBER OF 2020
THAT THE RECORDS SHOW THERE ARE NO PENDING CASES AGAINST MR. DERYKE M. PFEIFER SR.
THEREFORE I PRAY THAT JUSTICE IS WHAT IS SOUGHT IN THIS COURT AND THIS MOTION BE GRANTED THAT MY RIGHT
TO FACE MY ACCUSERS IN THE COURT OF LAW BE NOT STRIPPED FROM ME ILLEGALLY BY THOSE OF THE COURT SEEKING
TO COVER THE CRIME COMMITTED BY THIS COURT OFFICIALS, SEEKING A DANGER STUDY TO CLAIM DANGEROUS BEING
FOUND NOT DANGEROUS IN JULY 2018 BY FEDERAL DR. ALISHA MARQUIS AND NO INDICTMENT EVER BEING ENFORCED IN
THIS FALSE PROSECUTION.

IN SUPPORT I STATE

(1) THAT THIS CASE IS A FALSE MALICIOUS PROSECUTION VERIFIED BY SUPERVISOR CHRISTIAN FREEMAN OF THE FEDERAL

TRULINCS 15408002 - PFEIFER, DERYKE - Unit: BUH-G-B

2/2

---

PUBLIC DEFENDERS OFFICER OF MIDDLE DISTRICT COURT ALABAMA.

(2) THAT IT IS CLEAR TO SEE THE ARREST OF MR. DERYKE M. PFEIFER SR. ON 11-7-2019 ON FACE BOOK AND ALL SOCIAL MEDIA.

(2a) THAT THE DOCKET OF FILINGS OF CASE # 1:19-MJ-352-SRW-1 CLEARLY SHOW THAT THIS CASE WAS TERMINATED ON 12-5-2019 AND ORDER TO VACATE THE EXECUTION OF 12-4-2019 INDICTMENT WAS VACATED BY THIS VERY SAME JUDGE WHO ALLOWED THE FILING OF MR. DERYKE M. PFEIFER SR. THAT THIS FALSE CASE CAME INTO PLAY BEING THE CASE WAS TERMINATED AND NO WEAPONS WERE FOUND TO BE IN MR. PFEIFERS POSSESSION AT THE EXECUTIVE HOTEL UPON RAID BY INDICTMENT ORDER OF JUDGE MAGISTRATE SUSAN R. WALKER.

(3) THAT THIS CORRUPT JUDGE EMILY C. MARKS SHOULD NOT BE OVER THIS CASE BEING THE MOTION OF STAY WAS GRANTED BY FILING OF 6-3-2020 PRO SE PER ORDER OF JUDGE EMILY C. MARKS ON 6-4-2020 ORDERING THAT NO MORE PRO SE MOTIONS BE FILED AS PRESENTED BY MR. DERYKE M. PFEIFER SR. BUT FORWARDED TO FALSE APPOINTED ATTORNEYS WHO HAS FILED NOTHING AIDING IN THIS FALSE PROSECUTION, WHOM I HAVEN'T SPOKEN TO OR RECEIVED ANY RESPONSE FROM SINCE THIS FALSE PROSECUTION BEGUN ON 12-5-2019, THIS CASE 1:19-CR-463-ECM-SRW BEING UNDER INVESTIGATION, YET THIS JUDGE EMILY C. MARKS ABUSES HER POWERS AS A JUDGE OF THIS DISTRICT COURT.

I MR. DERYKE M. PFEIFER SR. DO CERTIFY THAT I E-MAILED A COPY OF THIS APPEAL OF COURT ORDER OF 6-21-2021 IN CASE # 1:19-CR-463-ECM-SRW TO MY POWER OF ATTORNEY TO FILE IN THE COURT OF THE MIDDLE DISTRICT COURT IN BOTH CASES CIVIL AND CRIMINAL AS SOON AS POSSIBLE BEING THIS POLICE DR. DUBOIS OF BUTNER FAILED TO NOTIFY ME AS WELL AS THE COURT OR FALSE APPOINTED ATTORNEYS OF THIS COURT ORDER IN A TIMELY MANNER BUT I SAW IT ON PACER.GOV SEALED AND TOLD TODAY 6-25-2021 BY POLICE DR. DUBOIS OBSTRUCTING JUSTICE AS WELL AS THE FALSE APPOINTED ATTORNEYS TO AIDE IN A TIMELY FILING OF RESPONSE FROM DEFENDANT.
I FURTHER STATE THAT I PLACED A COPY OF THIS MOTION IN THE MAIL ON 6-27-2021 TO BE MAILED TO THE OFFICE OF THE CLERK DEBRA HACKETT TO FILE IN CASES # 1:20-CV-764-WKW-KFP AND CASE # 1:19-CR-463-ECM-SRW AND FORWARD TO FALSE APPOINTED ATTORNEYS TO FEDERAL COURT BUILDING I CHURCH STREET SUITE B110 MONTGOMERY ALABAMA 36104 BY OFFICER OF 2G QUADRANT MENTAL HEALTH BUTNER F.M.C. N.C..

I AM COME IN THE NAME OF IMMANUEL CHRIST JESUS TO TEAR DOWN THE STRONGHOLDS OF SATAN AND EXPOSE WICKEDNESS IN HIGH PLACES---THE FEDERAL JUDICIAL SYSTEM OF THE UNITED STATES OF AMERICA.

CC. TO CLERK DEBRA HACKETT, U.S. SUPREME COURT CLERK MR. SCOTT, U. S. JUSTICE AMY C. BARRETT POWER OF ATTORNEY NMS. PRINCESS JORDAN, SENATOR DICK DURBIN IL. (D), ACLU, NAACP, DOJ/OIG BLACK LIVES MATTERS, GROWTH AND DEVELOPMENT AND ALL SOCIAL MEDIA PLATFORMS ASAP

RESPECTFULLY SUBMITTED
MR. DERYKE M. PFEIFER SR. # 15408-002
DONE THIS 26th DAY OF JUNE 2021ad
*Mr. Deryke M. Pfeifer Sr. 6-25-2021/ad*

C.C. RESPONSE TO POWER OF ATTORNEY
⇔15408-002⇔
Princess Jordan
PO BOX 10185
Dothan, AL 36304
United States

TRULINCS 15408002 - PFEIFER, DERYKE - Unit: BUH-G-B

1/2

---

FROM: 15408002
TO: Hicks, Kookie; Jordan, Princess; Jordan, Wanda; Pfeifer, Deryke; Pfeifer, Deryke; Pfeifer, Shelia; Silas, Felisha; Stone, Alvin
SUBJECT: CASE # 1:19-CR-463-ECM-SRW MOTION FOR DANGER STUDY
DATE: 06/25/2021 03:30:38 PM

*ELEVENTH CIRCUIT APPEALS COURT FOR THE MIDDLE DISTRICT*

IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT COURT OF NORTH CAROLINA
ALL DIVISIONS

MR. DERYKE M. PFEIFER SR.
DEFENDANT

V.

UNITED STATES                                       CASE # 1:19-CR-463-ECM-SRW

MOTION OF FILING IN THIS JURISDICTION THIS CASE # 1:19-CR-463-ECM-SRW FOR A DANGER STUDY REQUESTED BY
FEDERAL DR. DUBOIS OF BUTNER F.M.C. BUTNER N.C--- WHICH CASE # 1:19-CR-463-ECM-SRW ORIGIN IS THE MIDDLE
DISTRICT COURT OF ALABAMA.

COMES NOW MR. DERYKE M. PFEIFER SR. PRO SE AND OF SOUND BODY AND MIND NOT BEING APPOINTED ANY LEGAL
COUNSEL AS STATED IN THIS FALSE PROSECUTION REQUESTING THAT THE MOTION FOR A DANGER STUDY BY DR. DUBOIS OF BUTNER F.M.C. BE DENIED FOR REASON OF THIS CASE # 1:19-CR-463-ECM-SRW BEING A FALSE MALICIOUS PROSECUTION BY CORRUPT CHIEF FEDERAL JUDGE EMILY C. MARKS TO AIDE IN THE COVER-UP OF ALLEGATIONS OF KIDNAPPING AND CHILD TRAFFICKING IN THE STATE OF ALABAMA BY GOVERNMENT AND PUBLIC OFFICIALS USING THIS FALSE CASE TO COMMIT MR. DERYKE M. PFEIFER SR. TO SILENCE BEING THE INDICTMENT OF 12-4-2019 HANDED DOWN BY THE GRAND
JURY WAS ORDERED TO BE VACATED ON 12-6-2019 BY JUDGE EMILY C. MARKS PENDING A COMPENCY EVALUATION.
AS WE KNOW THIS IS NOT THE PROCEDURE OF THE COURTS..

THERE MUST FIRST BE AN ARREST MADE--- SEE CIVIL CASE # 1:20-CV-764-WKW-KFP IN WHICH A MAL-PRACTICE SUIT
ALONG WITH CIVIL RIGHT VIOLATIONS HAVE BEEN FILED AGAINST DR. DUBOIS AND OTHERS AIDING IN THIS FALSE PROSECUTION..

SEE MOTION OF APPEAL ENCLOSED IN THIS PACKET OF FILING..

I AM COME IN THE NAME OF IMMANUEL CHRIST JESUS TO TEAR DOWN THE STRONGHOLDS OF SATAN AND EXPOSE
WICKEDNESS IN HIGH PLACES--- THE FEDERAL JUDICIAL SYSTEM

I CERTIFY THAT I E-MAILED THIS MOTION OF FILING TO POWER OF ATTORNEY AS WELL AS SENT IT TO THE DISTRICT COURT OF NORTH CAROLINA @ 310 NEW BERN AVE # 174 RALEIGH N.C. 27601 TO FILE IN THE MIDDLE DISTRICT COURT
OF ALABAMA IN CASE # 1:20-CV-764-WKW-KFP AND CASE # 1:19-CR-463-ECM-SRW FOR PROOF OF FILING.
I CERTIFY THAT I ALSO REQUEST THAT THIS BE SENT TO FALSE APPOINTED ATTORNEYS PRESTON PRESLEY AND RICHARD KEITH TO ENSURE ALL PARTIES ARE ALERTED TO THIS FILING. DONE THIS 25th DAY OF JUNE 2021ad.

C.C. TO CLERK OF THE COURT DEBRA HACKETT, SENATOR ERICA SMITH N.C., U.S. SUPREME COURT CLERK MR. SMITH
SENATOR DICK DURBIN IL. (D), ACLU, NAACP, BLACK LIVES MATTERS, GROWTH AND DEVELOPMENT, *DOJ/OIG*
POWER OF ATTORNEY MS. PRINCESS JORDAN AND ALL SOCIAL MEDIA

TRULINCS 15408002 - PFEIFER, DERYKE - Unit: BUH-G-B

2/2

---

RESPECTFULLY SUBMITTED
MR. DERYKE M. PFEIFER SR. # 15408-002
DONE THIS 25th DAY OF JUNE 2021ad

*[signature: Mr. Deryke M. Pfeifer Sr.]*

C.C. RESPONSE TO POWER OF ATTORNEY

⇔15408-002⇔
Princess Jordan
PO BOX 10185
Dothan, AL 36304
United States

Name: MR DEWIKE M. REEVES SR
Number: #15408-002
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
29 JUN 2021 PM 6 L

OFFICE OF THE CLERK
ELEVENETH CIRCUIT APPEALUS COURT
95 FORSYTH STREET N.W.
ATLANTA, GA 30303

US Marshals Service
Atlanta, GA
RECEIVED
JUL 06 2021

Legal Mail



LEGAL MAIL 6-27-2021 AD